# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

March 23, 2017

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
155374
Richard H. Bernstein
Joan L. Larsen,
Justices

HARVEY PRESTON,

     Plaintiff-Appellant,

v

     SC: 155374
     COA: 334802
DEPARTMENT OF CORRECTIONS,     Ingham CC: 16-000569-AA

     Defendant-Appellee.
_____/

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 1, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2017



Clerk

jam